# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHAS ADVANCED TECHNOLOGIES LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-671-LPS |
| GROUPON, INC., | ) |
| Defendant. | ) |

## STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Cathas and Defendant Groupon, Incorporated ("Groupon"), pursuant to Federal Rule of Civil Procedure 41(a)(2), and subject to the approval and order of the Court, that: (i) all claims by Cathas in the above-captioned case be, and hereby are, dismissed with prejudice, and (ii) all claims by Groupon in the above-captioned case be, and hereby are, are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (I.D. #922)
Stephen B. Brauerman (I.D. #4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (I.D. #2114)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

*Attorneys for Defendant*

IT IS SO ORDERED, this 24th day of October, 2012.

_____
United States District Judge